# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LIMA FOOD PRODUCTS, INC. | § | Case No. 06-12071 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on         . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Frances Gecker_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 06-12071 | TAB | Judge: Timothy A. Barnes | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | LIMA FOOD PRODUCTS, INC. | | | Date Filed (f) or Converted (c): | 09/25/06 (f) |
| | | | | 341(a) Meeting Date: | 10/24/06 |
| For Period Ending: | 02/17/14 | | | Claims Bar Date: | 07/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE  Ray Valdez - lien on Mr. Valdez's real estate. | 70,000.00 | 70,000.00 | | 0.00 | FA |
| 2. ACCOUNTS RECEIVABLE  From Trade Accounts. | 88,241.83 | 88,241.83 | | 0.00 | FA |
| 3. CUSTOMER LISTS | 0.00 | 0.00 | | 0.00 | FA |
| 4. 2003 Ford E-350 Van | 11,175.00 | 11,175.00 | | 0.00 | FA |
| 5. OFFICE EQUIPMENT | 100.00 | 100.00 | | 0.00 | FA |
| 6. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 4.72 | FA |
| 7. COMMERCIAL PROPERTY (u) | 0.00 | 245,000.00 | | 250,192.00 | FA |
| TOTALS (Excluding Unknown Values) | $169,516.83 | $414,516.83 | | $250,196.72 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS PREPARING A FINAL REPORT IN THIS CASE.

Initial Projected Date of Final Report (TFR): 04/15/10     Current Projected Date of Final Report (TFR): 07/01/13

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                                 Ver: 17.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 06-12071    TAB    Judge: Timothy A. Barnes | Trustee Name: Frances Gecker |
| Case Name: | LIMA FOOD PRODUCTS, INC. | Date Filed (f) or Converted (c): 09/25/06 (f) |
| | | 341(a) Meeting Date: 10/24/06 |
| | | Claims Bar Date: 07/12/11 |

/s/    Frances Gecker
_____    Date: _____
FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 06-12071 -TAB | | Trustee Name: | Frances Gecker |
| Case Name: | LIMA FOOD PRODUCTS, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5184  MONEY MARKET |
| Taxpayer ID No: | *******7496 | | | |
| For Period Ending: | 02/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/11/11 | 7 | Barrett & Sramek<br>6446 W. 127th St.<br>Palos Heights, IL  60463 | Tunney Settlement  2/9/11 Order | 1210-000 | 245,000.00 | | 245,000.00 |
| 03/24/11 | 001000 | BANCO POPULAR NORTH AMERICA | Secured Claim Payment<br>Payment made pursuant to Agreed Order Reducing<br>Banco Popular North America's Secured Claim<br>(Docket Item #32) | 4210-000 | | 90,000.00 | 155,000.00 |
| 03/31/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.97 | | 155,000.97 |
| 04/29/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.27 | | 155,002.24 |
| 05/05/11 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654<br><br>Fees            39,303.00<br>Expenses            87.25 | Pursuant to Order dated May 3, 2011<br><br><br><br><br>3110-000<br>3120-000 | | | 39,390.25 | 115,611.99 |
| 05/11/11 | 001002 | Robert Talan<br>Talan & Ktsanes<br>233 W. Jackson Blvd.<br>Chicago, IL  60606<br><br>Fees            81,666.67<br>Expenses          1,471.00 | First and Final Fee Application<br><br><br><br><br>3210-000<br>3220-000 | | | 83,137.67 | 32,474.32 |
| | | | Page Subtotals | | 245,002.24 | 212,527.92 | |

LFORM24   UST Form 101-7-TFR (5/1/2011) (Page: 5)

Ver: 17.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 06-12071 -TAB | | Trustee Name: | Frances Gecker |
| Case Name: | LIMA FOOD PRODUCTS, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5184  MONEY MARKET |
| Taxpayer ID No: | *******7496 | | | |
| For Period Ending: | 02/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.59 | | 32,474.91 |
| 06/30/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.27 | | 32,475.18 |
| 07/29/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.27 | | 32,475.45 |
| 08/31/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.28 | | 32,475.73 |
| 09/30/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.27 | | 32,476.00 |
| 10/31/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.28 | | 32,476.28 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 41.37 | 32,434.91 |
| 11/30/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.27 | | 32,435.18 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 39.99 | 32,395.19 |
| 12/29/11 | 6 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.25 | | 32,395.44 |
| 12/29/11 | | Transfer to Acct #*******2111 | Bank Funds Transfer | 9999-000 | | 32,395.44 | 0.00 |

| | | | Page Subtotals | | 2.48 | 32,476.80 | |

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Ver: 17.05

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 06-12071 -TAB | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | LIMA FOOD PRODUCTS, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5184 MONEY MARKET |
| Taxpayer ID No: | *******7496 | | |
| For Period Ending: | 02/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 245,004.72 | 245,004.72 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 32,395.44 | |
| | | | Subtotal | | 245,004.72 | 212,609.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 245,004.72 | 212,609.28 | |

Page Subtotals      0.00      0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 06-12071 -TAB | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | LIMA FOOD PRODUCTS, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2111 GENERAL CHECKING |
| Taxpayer ID No: | *******7496 | | |
| For Period Ending: | 02/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5184 | Bank Funds Transfer | 9999-000 | 32,395.44 | | 32,395.44 |
| 02/07/12 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BLANKET BOND #016026455 2/1/12 TO 2/1/13 | 2300-000 | | 31.29 | 32,364.15 |
| 02/15/12 | 001001 | ILLINOIS DEPT. OF REVENUE P.O. Box 19030 Springfield, IL 62794-9030 | 2011 Form IL-1120 FEIN: 36-3867496 000 4 Bankruptcy Case No. 06-12071 | 2820-000 | | 5,192.00 | 27,172.15 |
| 03/27/12 | 7 | BARRETT & SRAMEK 6446 W. 127th Street Palos Heights, IL 60463 | Settlement Agreement (Taxes) | 1210-000 | 5,192.00 | | 32,364.15 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 32,364.15 | 0.00 |

|  | COLUMN TOTALS | 37,587.44 | 37,587.44 | 0.00 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | 32,395.44 | 32,364.15 | |
| | Subtotal | 5,192.00 | 5,223.29 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 5,192.00 | 5,223.29 | |

Page Subtotals 37,587.44 37,587.44

UST Form 101-7-TFR (5/1/2011) (Page: 8)

LFORM24

Ver: 17.05

FORM 2

Page: 5

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-12071 -TAB | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | LIMA FOOD PRODUCTS, INC. | Bank Name: | Bank of New York Mellon |
|  |  | Account Number / CD #: | *******6863 GENERAL CHECKING |
| Taxpayer ID No: | *******7496 |  |  |
| For Period Ending: | 02/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 02/12/13 |  | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 32,364.15 |  | 32,364.15 |
| 03/07/13 |  | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 |  | 26.38 | 32,337.77 |
| 04/05/13 |  | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 |  | 48.07 | 32,289.70 |

```
                                           COLUMN TOTALS                   32,364.15         74.45          32,289.70
                                    Less:  Bank Transfers/CD's             32,364.15          0.00
                                           Subtotal                             0.00         74.45
                                    Less:  Payments to Debtors                                0.00
                                           Net                                  0.00         74.45

                                                                                              NET            ACCOUNT
                        TOTAL - ALL ACCOUNTS                             NET DEPOSITS    DISBURSEMENTS       BALANCE
                        MONEY MARKET   - ********5184                      245,004.72       212,609.28          0.00
                        GENERAL CHECKING - ********2111                      5,192.00         5,223.29          0.00
                        GENERAL CHECKING - ********6863                          0.00            74.45     32,289.70
                                                                        -----------------  -----------------  -----------------
                                                                           250,196.72       217,907.02     32,289.70
                                                                        =================  =================  =================

                                                                        (Excludes Account  (Excludes Payments   Total Funds
                                                                            Transfers)         To Debtors)       On Hand
```

Frances Gecker, Trustee

/s/ Frances Gecker

Page Subtotals 32,364.15 74.45

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 06-12071 -TAB |
| Case Name: | LIMA FOOD PRODUCTS, INC. |
| Taxpayer ID No: | *******7496 |
| For Period Ending: | 02/17/14 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******6863  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: _____ Date: 02/12/14
FRANCES GECKER

Page Subtotals      0.00      0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-12071
Case Name: LIMA FOOD PRODUCTS, INC.
Trustee Name: Frances Gecker

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | BANCO POPULAR NORTH AMERICA | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ | $ | $ |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ | $ | $ |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ | $ | $ |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |
| Other: Robert Talan | $ | $ | $ |
| Other: Robert Talan | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | GUSTO PACKING CO., INC. | $ | $ | $ |
| 000002 | J.R. MORREALE | $ | $ | $ |
| 000003 | FIORUCCI FOODS, INC. | $ | $ | $ |
| 000004 | ATLANTA CORP | $ | $ | $ |
| 000005 | FULTON TROIKA LLC D/B/A SAM'S MEATS | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance                                     $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE