### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LIMA FOOD PRODUCTS, INC. | § | Case No. 06-12071 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

      Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

      The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

      CLERK OF THE U.S. BANKRUPTCY COURT
      219 S. Dearborn Street
      Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/01/2014 in Courtroom 613,

      Everett McKinley Dirksen U.S. Courthouse
      219 S. Dearborn Street
      Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/25/2014            By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
LIMA FOOD PRODUCTS, INC. §     Case No. 06-12071
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 250,196.72 |
| and approved disbursements of | $ | 217,907.02 |
| leaving a balance on hand of[1] | $ | 32,289.70 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | BANCO POPULAR NORTH AMERICA | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 32,289.70 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 15,759.84 | $ 0.00 | $ 15,759.84 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 46,456.00 | $ 39,303.00 | $ 7,153.00 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 264.87 | $ 87.25 | $ 177.62 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 5,059.00 | $ 0.00 | $ 5,059.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 58.52 | $ 0.00 | $ 58.52 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 31.29 | $ 31.29 | $ 0.00 |
| Other: Robert Talan | $ 81,666.67 | $ 81,666.67 | $ 0.00 |
| Other: Robert Talan | $ 1,471.00 | $ 1,471.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $ 28,207.98

Remaining Balance    $ 4,081.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 141,856.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | GUSTO PACKING CO., INC. | $ 5,661.56 | $ 0.00 | $ 162.90 |
| 000002 | J.R. MORREALE | $ 79,082.48 | $ 0.00 | $ 2,275.49 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | FIORUCCI FOODS, INC. | $ 33,648.91 | $ 0.00 | $ 968.20 |
| 000004 | ATLANTA CORP | $ 12,230.40 | $ 0.00 | $ 351.91 |
| 000005 | FULTON TROIKA LLC D/B/A SAM'S MEATS | $ 11,233.19 | $ 0.00 | $ 323.22 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,081.72 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                         Case No. 06-12071-TAB
Lima Food Products, Inc.                                       Chapter 7
       Debtor              CERTIFICATE OF NOTICE
District/off: 0752-1           User: dwilliams              Page 1 of 2                  Date Rcvd: Feb 26, 2014
                               Form ID: pdf006              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2014.
db           +Lima Food Products, Inc.,   159 N. Carpenter,   Chicago, IL 60607-2213
aty          +William Cross,   Frank/Gecker LLP,   325 N. LaSalle St.,   Chicago, IL 60654-6465
10930159     +Amity Packing Company, Inc.,   210 N. Green Street,   Chicago, IL 60607-1702
10930160     +Anmar Foods,   2150 W. Carroll Ave.,   Chicago, IL 60612-1604
10930161      Atlanta Corp,   Atlanta Plaza,   Elizabeth, NJ 07206
10930162      Banco Popular North America,   P.O. Box 2057,   Sanford, FL 32772-2057
10930163     +C. G. & S. Provision, Inc.,   c/o The Chaet Kaplan Baim Firm,   30 N. LaSalle Street, Suite 1520,
               Chicago, IL 60602-3387
10930164     +Casper Foods,   210 N. Green,   Chicago, IL 60607-1702
10930165      Danielson Food Products,   210 Root Street,   Chicago, IL 60609
10930166      Economy Packing Co., Inc.,   939 W. Fulton Street,   Chicago, IL 60607
10930167     +Fiorucci Foods, Inc.,   1800 Ruffin Mill Road,   Colonial Heights, VA 23834-5910
10930168      Ford Motor Credit Corporation,   P.O. Box 542000,   Omaha, NE 68154-8000
10930169     +Fox Deluxe Incorporated,   370 N. Morgan Street,   Chicago, IL 60607-1321
10930178      Fulton Troika llc d/b/a Sam's Meats,   c/o Economy Packing Co., Inc.,   939 W. Fulton Street,
               Chicago, IL 60607
10930170      Gusto Packing Co., Inc.,   2125 N. Rochester Drive,   Montgomery, IL 60538-1066
10930171     +Hinsdale Pride,   7960 Shagbark,   Willowbrook, IL 60527-8030
10930172     +J.R. Morreale,   216 N. Peoria Street,   Chicago, IL 60607-1706
10930173     +James Calvetti Meats, Inc.,   4240 S. Morgan Street,   Chicago, IL 60609-2562
10930174     +L. Frankel Packing Co., Inc.,   230 N. Peoria,   Chicago, IL 60607-1706
10930175      Maloney - Cunningham DE VIC, Inc.,   1114 W. Fuklon Street,   Chicago, IL 60607
10930176      Neely Foods, Inc.,   900 W. Fulton Street,   Chicago, IL 60607
10930177     #+Rabes Quality Meats, Inc.,   13075 Renfro Circle,   P.O. Box 45602,   Omaha, NE 68145-0602
10930179     +U.S. Foodservice, Inc.,   c/o Fagel Haber LLC,   55 E. Monroe, 40th Floor,
               Chicago, IL 60603-5713
10930180     +U.W. Provisions,   P.O. Box 620038,   2315 Pleasant View Road,   Middleton, WI 53562-5524
10930181     +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930205     +Wally Mazurka,   5830 W. 81st Street,   Burbank, IL 60459-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10930182*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930183*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930184*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930185*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930186*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930187*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930188*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930189*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930190*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930191*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930192*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930193*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930194*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930195*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930196*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930197*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930198*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930199*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930200*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930201*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930202*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930203*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
10930204*    +Vincent Lima,   315 South Street,   Elmhurst, IL 60126-4117
                                                                                      TOTALS: 0, * 23, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1           User: dwilliams              Page 2 of 2                   Date Rcvd: Feb 26, 2014
                               Form ID: pdf006              Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2014 at the address(es) listed below:
              David P Lloyd    on behalf of Interested Party Edward  Tunney courtdocs@davidlloydlaw.com
              Elliot  Pollock    on behalf of Debtor    Lima Food Products, Inc. pollocklaw@sbcglobal.net,
               rettigb@hotmail.com
              Frances  Gecker    on behalf of Attorney    Frank/Gecker LLP fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Frances  Gecker     fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Frances  Gecker    on behalf of Accountant Alan D Lasko fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Fred R Harbecke    on behalf of Creditor    Amcore Bank, N.A. fredrharbecke@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane L Zielinski    on behalf of Spec. Counsel Robert B Talan zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
              Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
              Zane L Zielinski    on behalf of Attorney    Frank/Gecker LLP zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                              TOTAL: 10
```