UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 06-12071
LIMA FOOD PRODUCTS, INC., )
)
) Chapter: 7
)
) Honorable Timothy Barnes
)
Debtor(s) )

### ORDER GRANTING SECOND AND FINAL APPLICATION OF FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

THIS MATTER COMING ON TO BE HEARD upon the Second and Final Application of FrankGecker LLP For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given; the Court being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. FrankGecker LLP is hereby allowed compensation in the amount of $7,153.00;

2. FrankGecker LLP is hereby allowed reimbursement of expenses in the amount of $177.62; and

3. Frances Gecker, the Chapter 7 Trustee, is authorized to pay FrankGecker LLP compensation and expense reimbursement in the total amount of $7,330.62.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: April 08, 2014

**Prepared by:**

Zane L. Zielinski (IL ARDC #6278776)
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com