UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 06-12071 |
| LIMA FOOD PRODUCTS, INC., | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Timothy Barnes |
| Debtor(s) | ) | |

### ORDER AUTHORIZING FIRST AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES

THIS MATTER COMING ON TO BE HEARD upon the First and Final Application of Alan D. Lasko & Associates, P.C. For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given; the Court being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. Alan D. Lasko & Associates, P.C. is hereby allowed compensation in the amount of $5,059.00;

2. Alan D. Lasko & Associates, P.C. is hereby allowed reimbursement in the amount of $58.52; and

3. Frances Gecker, not individually, but as Chapter 7 Trustee of the bankruptcy estate of LIMA FOOD PRODUCTS, INC., is hereby authorized to pay Alan D. Lasko & Associates, P.C. for their reasonable compensation and expenses in the amount of $5,117.52.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: April 08, 2014

**Prepared by:**

Zane L. Zielinski (IL ARDC #6278776)
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com