UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| LIMA FOOD PRODUCTS, INC. | § § § | Case No. 06-12071 |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on                    . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/Frances Gecker_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BANCO POPULAR NORTH AMERICA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| ROBERT TALAN | | | | | |
| ROBERT TALAN | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMITY PACKING COMPANY, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ANMAR FOODS | | | | | |
| | BANCO POPULAR NORTH AMERICA | | | | | |
| | C.G.& S PROVISION, INC. | | | | | |
| | CASPER FOODS | | | | | |
| | DANIELSON FOOD PRODUCTS | | | | | |
| | ECONOMY PACKING CO., INC. | | | | | |
| | FOX DELUXE INCORPORATED | | | | | |
| | HINSDALE PRIDE | | | | | |
| | JAMES CALVETTI MEATS, INC. | | | | | |
| | L. FRANKEL PACKING CO., INC. | | | | | |
| | MALONEY - CUNNINGHAM DE VIC, INC. | | | | | |
| | NEELY FOODS, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RABES QUALITY MEATS, INC. | | | | | |
| | U.S. FOODSERVICE, INC. | | | | | |
| | U.W. PROVISIONS | | | | | |
| | WALLY MAZURKA | | | | | |
| 000004 | ATLANTA CORP | | | | | |
| 000003 | FIORUCCI FOODS, INC. | | | | | |
| 000005 | FULTON TROIKA LLC D/B/A SAM'S MEAT | | | | | |
| 000001 | GUSTO PACKING CO., INC. | | | | | |
| 000002 | J.R. MORREALE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 06-12071 | TAB | Judge: Timothy A. Barnes | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | LIMA FOOD PRODUCTS, INC. | | | Date Filed (f) or Converted (c): | 09/25/06 (f) |
| | | | | 341(a) Meeting Date: | 10/24/06 |
| For Period Ending: | 06/06/14 | | | Claims Bar Date: | 07/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE  Ray Valdez - lien on Mr. Valdez's real estate. | 70,000.00 | 70,000.00 | | 0.00 | FA |
| 2. ACCOUNTS RECEIVABLE  From Trade Accounts. | 88,241.83 | 88,241.83 | | 0.00 | FA |
| 3. CUSTOMER LISTS | 0.00 | 0.00 | | 0.00 | FA |
| 4. 2003 Ford E-350 Van | 11,175.00 | 11,175.00 | | 0.00 | FA |
| 5. OFFICE EQUIPMENT | 100.00 | 100.00 | | 0.00 | FA |
| 6. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 4.72 | FA |
| 7. COMMERCIAL PROPERTY (u) | 0.00 | 245,000.00 | | 250,192.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $169,516.83 | $414,516.83 | | $250,196.72 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL DISTRIBUTION HAS BEEN MADE ON 4/9/14. ONCE CHECKS HAVE CLEARED, THE TRUSTEE WILL PREPARE A TDR.

Initial Projected Date of Final Report (TFR): 04/15/10     Current Projected Date of Final Report (TFR): 07/01/13

LFORM1                                                                                                                    Ver: 18.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 06-12071    TAB    Judge: Timothy A. Barnes | Trustee Name: | Frances Gecker |
| Case Name: | LIMA FOOD PRODUCTS, INC. | Date Filed (f) or Converted (c): | 09/25/06 (f) |
| | | 341(a) Meeting Date: | 10/24/06 |
| | | Claims Bar Date: | 07/12/11 |

    /s/    Frances Gecker
_____ Date: _____
    FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-12071 -TAB | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | LIMA FOOD PRODUCTS, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5184 MONEY MARKET |
| Taxpayer ID No: | *******7496 | | | |
| For Period Ending: | 06/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/11/11 | 7 | Barrett & Sramek<br>6446 W. 127th St.<br>Palos Heights, IL 60463 | Tunney Settlement 2/9/11 Order | 1210-000 | 245,000.00 | | 245,000.00 |
| 03/24/11 | 001000 | BANCO POPULAR NORTH AMERICA | Secured Claim Payment<br>Payment made pursuant to Agreed Order Reducing<br>Banco Popular North America's Secured Claim<br>(Docket Item #32) | 4210-000 | | 90,000.00 | 155,000.00 |
| 03/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.97 | | 155,000.97 |
| 04/29/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 1.27 | | 155,002.24 |
| 05/05/11 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654<br><br>Fees      39,303.00<br>Expenses     87.25 | Pursuant to Order dated May 3, 2011<br><br><br><br><br>3110-000<br>3120-000 | | | 39,390.25 | 115,611.99 |
| 05/11/11 | 001002 | Robert Talan<br>Talan & Ktsanes<br>233 W. Jackson Blvd.<br>Chicago, IL 60606<br><br>Fees      81,666.67<br>Expenses   1,471.00 | First and Final Fee Application<br><br><br><br><br>3210-000<br>3220-000 | | | 83,137.67 | 32,474.32 |

Page Subtotals       245,002.24       212,527.92

Ver: 18.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 06-12071 -TAB | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | LIMA FOOD PRODUCTS, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5184  MONEY MARKET |
| Taxpayer ID No: | *******7496 | | | |
| For Period Ending: | 06/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.59 | | 32,474.91 |
| 06/30/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.27 | | 32,475.18 |
| 07/29/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.27 | | 32,475.45 |
| 08/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.28 | | 32,475.73 |
| 09/30/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.27 | | 32,476.00 |
| 10/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.28 | | 32,476.28 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 41.37 | 32,434.91 |
| 11/30/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.27 | | 32,435.18 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 39.99 | 32,395.19 |
| 12/29/11 | 6 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.25 | | 32,395.44 |
| 12/29/11 | | Transfer to Acct #*******2111 | Bank Funds Transfer | 9999-000 | | 32,395.44 | 0.00 |

Page Subtotals  2.48  32,476.80

Ver: 18.00

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Page: 3

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-12071 -TAB | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | LIMA FOOD PRODUCTS, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5184  MONEY MARKET |
| Taxpayer ID No: | *******7496 | | |
| For Period Ending: | 06/06/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 245,004.72 | 245,004.72 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 32,395.44 | |
| | | | Subtotal | | 245,004.72 | 212,609.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 245,004.72 | 212,609.28 | |

Page Subtotals          0.00          0.00

Ver: 18.00

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-12071 -TAB | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | LIMA FOOD PRODUCTS, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2111 GENERAL CHECKING |
| Taxpayer ID No: | *******7496 | | |
| For Period Ending: | 06/06/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5184 | Bank Funds Transfer | 9999-000 | 32,395.44 | | 32,395.44 |
| 02/07/12 | 001000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BLANKET BOND #016026455<br>2/1/12 TO 2/1/13 | 2300-000 | | 31.29 | 32,364.15 |
| 02/15/12 | 001001 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19030<br>Springfield, IL 62794-9030 | 2011 Form IL-1120<br>FEIN: 36-3867496 000 4<br>Bankruptcy Case No. 06-12071 | 2820-000 | | 5,192.00 | 27,172.15 |
| 03/27/12 | 7 | BARRETT & SRAMEK<br>6446 W. 127th Street<br>Palos Heights, IL 60463 | Settlement Agreement (Taxes) | 1210-000 | 5,192.00 | | 32,364.15 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 32,364.15 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 37,587.44 | 37,587.44 | 0.00 |
| Less: Bank Transfers/CD's | 32,395.44 | 32,364.15 | |
| Subtotal | 5,192.00 | 5,223.29 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,192.00 | 5,223.29 | |

Page Subtotals  37,587.44  37,587.44

Ver: 18.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 06-12071 -TAB |
| Case Name: | LIMA FOOD PRODUCTS, INC. |
| Taxpayer ID No: | *******7496 |
| For Period Ending: | 06/06/14 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******6863  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 32,364.15 | | 32,364.15 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 26.38 | 32,337.77 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 48.07 | 32,289.70 |
| 04/09/14 | 010000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Expense | 2100-000 | | 15,759.84 | 16,529.86 |
| 04/09/14 | 010001 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603<br><br>Fees         5,059.00<br>Expenses        58.52 | Accountant for Trustee Fees (Other<br><br><br><br><br>3410-000<br>3420-000 | | | 5,117.52 | 11,412.34 |
| 04/09/14 | 010002 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654<br><br>Fees         7,153.00<br>Expenses       177.62 | Attorney for Trustee Fees (Trustee<br><br><br><br><br>3110-000<br>3120-000 | | | 7,330.62 | 4,081.72 |
| 04/09/14 | 010003 | GUSTO PACKING CO., INC.<br>2125 N. ROCHESTER DRIVE | Claim 000001, Payment 2.88% | 7100-000 | | 162.90 | 3,918.82 |
| | | | Page Subtotals | | 32,364.15 | 28,445.33 | |

Ver: 18.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2     Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD    Exhibit 9

| | |
|---|---|
| Case No: | 06-12071 -TAB |
| Case Name: | LIMA FOOD PRODUCTS, INC. |
| Taxpayer ID No: | *******7496 |
| For Period Ending: | 06/06/14 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******6863 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MONTGOMERY, IL 60538-1066 | | | | | |
| 04/09/14 | 010004 | J.R. MORREALE<br>216 N. PEORIA STREET<br>CHICAGO, IL 60607 | Claim 000002, Payment 2.88% | 7100-000 | | 2,275.49 | 1,643.33 |
| 04/09/14 | 010005 | FIORUCCI FOODS, INC.<br>1800 RUFFIN MILL ROAD<br>COLONIAL HEIGHTS, VA 23834-5936 | Claim 000003, Payment 2.88% | 7100-000 | | 968.20 | 675.13 |
| 04/09/14 | 010006 | ATLANTA CORP<br>ATLANTA PLAZA<br>ELIZABETH, NJ 07206 | Claim 000004, Payment 2.88% | 7100-000 | | 351.91 | 323.22 |
| 04/09/14 | 010007 | FULTON TROIKA LLC D/B/A SAM'S MEATS<br>C/O ECONOMY PACKING CO., INC.<br>939 W. FULTON STREET<br>CHICAGO, IL 60607 | Claim 000005, Payment 2.88% | 7100-000 | | 323.22 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 32,364.15 | 32,364.15 | 0.00 |
| Less: Bank Transfers/CD's | 32,364.15 | 0.00 | |
| Subtotal | 0.00 | 32,364.15 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 32,364.15 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******5184 | 245,004.72 | 212,609.28 | 0.00 |
| GENERAL CHECKING - *******2111 | 5,192.00 | 5,223.29 | 0.00 |
| GENERAL CHECKING - *******6863 | 0.00 | 32,364.15 | 0.00 |
| Page Subtotals | 0.00 | 3,918.82 | |

Ver: 18.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-12071 -TAB | Trustee Name: | Frances Gecker |
| Case Name: | LIMA FOOD PRODUCTS, INC. | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******6863  GENERAL CHECKING |
| Taxpayer ID No: | *******7496 | | |
| For Period Ending: | 06/06/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 250,196.72 | 250,196.72 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: ___/s/   Frances Gecker_____ Date: 06/06/14
                            FRANCES GECKER

Page Subtotals    0.00    0.00

Ver: 18.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*